**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

**JEROLD LEE JONES,**

    Petitioner,

v.                                  Case No. 3:17cv414-LC/CAS

**STATE OF FLORIDA,**

    Respondent.
_____/

## **ORDER**

This cause comes on for consideration upon the Report and Recommendation of the United States Magistrate Judge (ECF No.19) dated October 9, 2018, recommending that the petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 be denied. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections. No objections have been filed.

Having considered the report and recommendation, I have determined that it should be adopted.

Accordingly, it is **ORDERED** as follows:

1. The Report and Recommendation (ECF No. 19) is adopted and incorporated by reference in this order.

2. The petition for writ of habeas corpus filed by Petitioner Jerold Lee Jones (ECF No. 4) pursuant to 28 U.S.C. § 2254 is **DENIED**. A certificate of appealability and leave to appeal in forma pauperis is also **DENIED**.

3. The Clerk shall enter judgment and close the file.

**DONE AND ORDERED** this 7th day of November, 2018.

                             s/ *L.A. Collier*
                             **LACEY A. COLLIER**
                             **SENIOR UNITED STATES DISTRICT JUDGE**